**EXHIBIT 2:** INFRINGEMENT

URL:
https://www.facebook.com/DandALawAssociates/photos/a.711825782210567/2778997248826733/?type=3&from_lookaside=1

